**Robert C. SHAW, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 03–5119.

United States Court of Appeals, Federal Circuit.

March 8, 2004.

Before MAYER, Chief Judge, BRYSON and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.